JPML FORM 1A                         DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 285 -- IN RE AMERICAN FINANCIAL CORPORATION LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/22/76 | 1. | MOTION w/SUPPORTING MEMORANDUM -- American Financial Corp., Carl H. Lindner, Robert D. Lindner, Robert A. Johnston, Sandra W. Heimann, Scott Siders, William R. Martin, Philip J. Petricone, Francis L. Dale, Ervin J. Dickey, Jr., Ronald F. Walker, Eugene V. Klein, Daniel Schwartz and S.S. R. Investment Cor. -- with Schedule A and supporting Exhibits. Also, certificate of service on counsel and involved clerks. REQUESTED TRANSFEREE FORUM: Central District of California |
| 11/29/76 | | REQUEST FOR EXTENSION -- PLTFS. GOLDSTEIN -- GRANTED TO DEC. 17, 1976 |
| 12/ 2/76 | | APPEARANCES -- Nelson, Liker & Merrifield for Pltf. Merton Lawler, Felix & Hall for Def. National General Corp. Bailey, Marshall, Hoeniger & Freitag for Pltf. Goldstein |
| 12/6/76 | | APPEARANCE -- Richard G. Ritchie, Esq. for Robert Cox Merton |
| 12/16/76 | 2 | CROSS MOTION -- PLAINTIFF GOLDSTEIN JOINED BY PLAINTIFFS ELFENBEIN, CHEKARES AND MERTON to include actions B-1 and B-2 SUGGESTED TRANSFEREE DISTRICT -- S.D. New York |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-2, B-1 and B-2 for hearing Jan 28, 1977, Miami, Florida |
| 12/27/76 | 3 | RESPONSE -- NATIONAL GENERAL CORP. w/cert. of service |
| 1/3/77 | 4 | RESPONSE -- AMERICAN FINANCIAL CORPORATION w/cert. of service |
| 1/11/76 | 5 | RESPONSE -- NATIONAL GENERAL CORP. w/cert. of service |
| 1/28/77 | | ORDER -- Judge Werker, filed Jan. 14, 1977 (FILED IN OPEN COURT) |
| 7/20/77 | | OPINION & ORDER FILED TODAY -- DENYING TRANSFER -- Notified involved judges, clerks and counsel. |

JPML Form 1

DOCKET NO. __285__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE AMERICAN FINANCIAL CORPORATION LTIGATION__

| Summary of Panel Actions | | | | | | |
|---|---|---|---|---|---|---|

Date(s) of Hearing(s) _____ _____ _____ _____ _____ _____
    Consolidation Ordered _____    Consolidation Denied _7/20/77_
Opinion and/or Order _____ _____ _____ _____
    Citation _____ _____ _____ _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Cox Merton, etc. v. American Financial Corp., et al. | C.D.Cal. Kelleher | 73-194-RJK ~~75-103~~ | | | | |
| A-2 | Max and Florence L. Goldstein, etc. v. American Financial Corp., et al. | S.D.N.Y. Werker | 76 Civ.2009 | | | | |
| B-1 | Ira Elfenbein, etc. v. American Financial Corp., et al. | S.D.N.Y Werker | 75 Civ 3595 | | | | |
| B-2 | Gus Chekares, etc. v. American Financial Corp., et al. | S.D.N.Y. Werker | 76 Civ. 2377 | | | | Cross-Motion 12/16/76 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 285 -- IN RE AMERICAN FINANCIAL CORPORATION LITIGATION

AMERICAN FINANCIAL CORP.
CARL H. LINDNER
ROBERT D. LINDNER
ROBERT A. JOHNSTON
SANDRA W. HEIMANN
SCOTT SIDERS
WILLIAM R. MARTIN
PHILIP J. PETRICONE
FRANCIS L. DALE
ERVIN J. DICKEY, JR.
RONALD F. WALKER
EUGENE V. KLEIN
DANIEL SCHWARTZ
S. S. R. INVESTMENT CO.
Milton Paulson, Esquire
122 East 42nd Street
New York, New York 10017

NATIONAL GENERAL CORP.
Robert Henigson, Esquire
Lawler, Felix & Hall
Suite 800
605 West Olympic Boulevard
Los Angeles, Calif. 90015

ROBERT COX MERTON  A-1
Richard G. Ritchie, Esq.
Nelson, Liker & Merrifield
606 South Olive Street
Suite 2222
Los Angeles, Calif. 90014

MAX & FLORENCE L. GOLDSTEIN (A-2)
Berthold H. Hoeniger, Esquire
Bailey, Marshall, Hoeniger & Freitag
345 Park Avenue
New York, New York 10022

IRA ELFENBEIN, ETC. (B-1)
Stuart D. Wechsler, Esquire
Kass, Goodkind, Wechsler & Gerstein
122 East 42nd Street
New York, New York 10017

GUS CHEKARES (B-2)
Stuart D. Wechsler, Esquire

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 285 -- IN RE AMERICAN FINANCIAL CORPORATION LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Financial Corporation | A-1, A-2  B-1  B-2 |
| National General Corp. | A-1, A-2 |
| Carl H. Lindner | A-2  B-1  B-2 |
| Robert D. Lindner | A-2  B-1  B-2 |
| Charles H. Keating, Jr. | A-2  B-1  B-2 |
| Richard E. Lindner | A-2 |
| Robert A. Johnston | A-2 |
| Sandra W. Heimann | A-2 |
| Scott Siders | A-2 |
| William R. Martin | A-2  B-1  B-2 |
| Philip J. Petricone | A-2 |

p. ___2___

| | |
|---|---|
| Francis L. Dale | A-2 |
| Ervin J. Dickey, Jr. | A-2 |
| Ronald F. Walker | A-2  B-1  B-2 |
| Eugene V. Klein | A-1, A-2 |
| Daniel Schwartz | A-1, A-2 |
| S.S. & R. Investment Company | A-2 |
| | |
| | |
| | |
| | |
| | |